LESLIE H. JAMOUNEAU, RESPONDENT, v. VINCENT J.
MURPHY, DIRECTOR, ETC., APPELLANT.

Argued October 21, 1943—Decided November 4, 1943.

For the respondent, *Saul A. Wittes.*

For the appellant, *Raymond Schroeder.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Case, Bodine, Donges, Heher, Perskie, Porter, Dear, Wells, Rafferty, Thompson, Dill, JJ.   14.

*For reversal*—None.